### FORD v. THE STATE.

*Lumpkin, J.*—The verdict was fully warranted by the evidence, and no cause for reversing the judgment below appears in any of the numerous grounds of the motion for a new trial.

November 15, 1895.  By two Justices·        *Judgment affirmed.*

Indictment for assault and battery.  Before Judge Ross. City court of Macon.  September term, 1895.

*J. H. Blount, Jr.*, for plaintiff in error.  *W. H. Felton, Jr., solicitor-general*, by *Harrison & Peeples*, contra.